1048

[Nos. 35819-1-II; 35822-1-II; Division Two. January 31, 2008.]
35929-4-II.

*In the Matter of the Interest of* D.S.H. III.

*In the Matter of the Interest of* W.A.

*In the Matter of the Interest of* D.T.M.H.

Appeal from a judgment of the Superior Court for Clark County, No. 05-7-01046-2, Scott A. Collier, J. Pro Tem., entered August 25, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 25701-1-III. Division Three. January 31, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH PAUL ALLISON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00901-4, Robert G. Swisher, J., entered November 15, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown, J., and Stephens, J. Pro Tem.

[No. 25810-6-III. Division Three. January 31, 2008.]

*In the Matter of the Marriage of* DORIS ANN BRUNJES, *Appellant*, and CARL FREDERICK BRUNJES, *Respondent*.

.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-01215-3, Harold D. Clarke III, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 56663-6-I. Division One. February 4, 2008.]

EDWARD M. SIMELTON, *Appellant*, v. THE BOARD OF INDUSTRIAL INSURANCE APPEALS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08144-1, Mary E. Roberts, J., entered July 22, 2005. *Affirmed* by unpublished per curiam opinion.